Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Email: rbj@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTONIOS HABIB KHALIL,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID ROARK, Director,<br>U.S. Citizenship and Immigration Services,<br>Texas Service Center, et. al.,<br><br>    Defendants. | No. 4:11-cv-00022-PJH<br><br>[~~PROPOSED~~] ORDER<br><br><br>Hearing:    4/20/11<br>Time:       9:00 a.m.<br>Courtroom:  Courtroom 3, 3rd Floor |

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing is reset to August 3, 2011 at 9:00 a.m. and all other deadlines are reset accordingly.

IT IS SO ORDERED.

Dated: 4/12/11

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[Proposed] Order
4:11-cv-00022-PJH